IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD N. ABRAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:05-CV-2433-N |
| § | ECF |
| OFFICE OF THE COMPTROLLER OF § | |
| THE CURRENCY, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Conclusions and Recommendation of United States Magistrate Judge Paul D. Stickney on Defendant's Motion for Summary Judgment, filed January 11, 2006. The District Court reviewed *de novo* the parts to which the objection pertained. The Court accepts the Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's Motion for Summary Judgment is **GRANTED**, and Plaintiff's case is dismissed with prejudice.

SO ORDERED this 24 day of May, 2006.

David C. Godbey
United States District Judge